PROPERTY OWNERS ASSOCIATION OF NORTH BERGEN v. TWP. OF NORTH BERGEN.

October 8, 1976. Petition for certification granted.

EDMOND C. VENA, JR. v. JAMES DeMARCO.

October 8, 1976. Petition for certification denied.

ELIZABETH VANIKIOTIS v. ATHANASIOS ROUMANAS, M.D.

October 8, 1976. Petition for certification denied.

TYRONE WILLIAMS v. ATLANTIC AMUSEMENT CO.

October 8, 1976. Petition for certification denied.

SOVEREIGN CONSTRUCTION COMPANY, LTD. v. BOARD OF EDUCATION OF THE VOCATIONAL SCHOOL IN THE COUNTY OF PASSAIC.

October 8, 1976. Petition for certification denied.

IN RE: ALBERT STRUBEL.

October 8, 1976. Petition for certification denied.